UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| 28TH STREET SUPERIOR HOSPITALITY, INC. ) ) ) Plaintiff, ) vs. ) ) THE CINCINNATI INSURANCE ) COMPANY ) ) Defendant. ) | CASE NO. 1:19-cv-511-HAB-SLC |

**AGREED MOTION TO VACATE TRIAL DATE AND ALL REMAINING DEADLINES DUE TO SETTLEMENT IN PRINCIPLE**

Defendant, The Cincinnati Insurance Company, with the agreement of the Plaintiff 28th Street Superior Hospitality, Inc., hereby notifies the court of a settlement in principle which resolves this matter. As such the parties request that the Court vacate the trial set for July 26, 2022 and stay all previously set deadlines in this matter. The parties anticipate that a settlement agreement will be executed within the next thirty (30) days and a Stipulation of Dismissal will be filed at that time.

WHEREFORE, Defendant, The Cincinnati Insurance Company, with the approval of the Plaintiff, 28th Street Superior Hospitality, Inc., hereby requests that the Court vacate the trial set for July 26, 2022 and stay all remaining deadlines to allow the settlement documents to be fully executed and a Stipulation of Dismissal to be filed within 30 days.

        KIGHTLINGER & GRAY, LLP

        */s/Ginny L. Peterson*
        Ginny L. Peterson, #20305-41
        *Attorneys for Defendant,*
        *The Cincinnati Insurance Company*
        KIGHTLINGER & GRAY, LLP
        One Indiana Square, Suite 300
        211 North Pennsylvania Street
        Indianapolis, Indiana 46204
        (317) 638-4521
        gpeterson@k-glaw.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the forgoing was served by the Court's Electronic System on counsel of record this 16th day of March, 2022 to:

| | |
|---|---|
| Michael L. Schultz | Patrick A. King |
| James A.L. Buddenbaum | FABIAN SKLAR KING & LISS |
| PAR RICHEY FRANDSEN | 33450 W Twelve Mile Road |
| PATTERSON KRUSE LLP | Farmington Hills, MI 48331 |
| 251 N. Illinois Street | pking@fabiansklar.com |
| Suite 1800 | |
| Indianapolis, IN 46204 | |
| mschultz@parrlaw.com | |
| jbuddenbaum@parrlaw.com | |

        */s/Ginny L. Peterson*
        Ginny L. Peterson

KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana 46204
gpeterson@k-glaw.com