UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| 28TH STREET SUPERIOR HOSPITALITY, INC. | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 1:19-cv-511-HAB-SLC |
| vs. | ) ) | |
| THE CINCINNATI INSURANCE COMPANY | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff 28th Street Superior Hospitality, Inc. and Defendant The Cincinnati Insurance Company, by counsel, stipulate and agree that this matter, in its entirety, should be dismissed, with prejudice, each party to bear its own costs.

| | |
|---|---|
| /s/Michael L. Schultz<br>Michael L. Schultz, #20361-49<br>James A.L. Buddenbaum, #14511-49<br>PAR RICHEY FRANDSEN<br>PATTERSON KRUSE LLP<br>251 N. Illinois Street<br>Suite 1800<br>Indianapolis, IN 46204<br>mschultz@parrlaw.com<br>jbuddenbaum@parrlaw.com<br><br>Patrick A. King<br>FABIAN SKLAR KING & LISS<br>33450 W Twelve Mile Road<br>Farmington Hills, MI 48331<br>pking@fabiansklar.com | /s/Ginny L. Peterson<br>Ginny L. Peterson, #20305-41<br>KIGHTLINGER & GRAY, LLP<br>One Indiana Square, Suite 300<br>Indianapolis, IN 46204<br>*Attorney for Defendant, The Cincinnati Insurance Company* |

180954\61976299-1